UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY MARTINEZ,

                Plaintiff,

Case No. 10-13271
HONORABLE AVERN COHN

v.

CRACKER BARREL OLD COUNTRY
STORE, INC.,

                Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on this date, judgment is entered in favor of the defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: August 29, 2011        By: s/Julie Owens
                                          Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 29, 2011, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160